Steven R. Daniels (Cal. Bar No. 235398)
Wayne M. Harding (Tex. Bar No. 08978500)
FARNEY DANIELS LLP
800 S. Austin Ave., Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2828
Facsimile: (512) 582-2829
E-Mails: SDaniels@farneydaniels.com
         WHarding@farneydaniels.com

ATTORNEYS FOR PLAINTIFF
ORG STRUCTURE INNOVATIONS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORG STRUCTURE INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION and ORACLE AMERICA, INC.,<br><br>Defendants. | Case No. 12-cv-00348-SBA<br><br>Hon. Saundra Brown Armstrong<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Private ADR: Private mediation with Hon. Edward A. Infante (Ret.), scheduled for June 6, 2012.

The parties agree to hold the ADR session by the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

1 | Dated: March 20, 2012 | FARNEY DANIELS, LLP

*/s/ Steven R. Daniels*
Steven R. Daniels

**Attorney for Plaintiff**
**ORG STRUCTURE INNOVATIONS LLC**

Dated: March 20, 2012 | HOGAN LOVELLS US LLP

*/s/ Maren J. Clouse*
Maren J. Clouse

**Attorneys for Defendants**
**ORACLE CORPORATION and**
**ORACLE AMERICA, INC.**

I, Steven R. Daniels, attest that Maren J. Clouse has read and approved this Stipulation and Proposed Order Selecting ADR Process and consents to its filing in this action.

1 **[PROPOSED ORDER]**

2 ☒ The parties' stipulation is adopted and IT IS SO ORDERED.

3 ☐ ~~The parties' stipulation is modified as follows, and IT IS SO ORDERED~~.

9 Dated: 4/3, 2012                                    *Sandra B. Armstrong*

10                                                    UNITED STATES DISTRICT JUDGE

15 Rev. 12/11