|  |  |
|---|---|
| ORG STRUCTURE INNOVATIONS LLC,<br><br>           Plaintiff,<br><br>    vs.<br><br>ORACLE CORPORATION and ORACLE AMERICA INC.,<br><br>           DefendantS. | Case No:  C 12-00348 SBA<br><br>Related to:<br>No. C 11-03549-SBA<br><br>**ORDER CONTINUING MOTION HEARING** |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

   Pursuant to the stipulation of the parties,

   IT IS HEREBY ORDERED THAT the hearing on Defendants' motion to dismiss (Dkt. 91) and the previously-scheduled Case Management Conference are CONTINUED to **September 11, 2012 at 1:00 p.m.**  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument.  The parties are advised to check the Court's website to determine whether a court appearance is required.  This Order terminates Docket 93.

   IT IS SO ORDERED.

Dated: July 11, 2012

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge